IN THE UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAB AI, INC., | JURY TRIAL DEMANDED |
| Plaintiff | 2:17-cv-04115-AB |
| vs. | |
| GOOGLE, LLC | |
| Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff GAB AI, INC. and or their counsel, hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant.

Dated: October 22, 2017

Respectfully Submitted,

**RUSHIE LAW PLLC**

A. Jordan Rushie
1010 N. Hancock Street
Philadelphia, PA 19123
p. 215-268-3978
f. 215-525-0909
jrushie@rushielaw.com

1